# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

James Bergstrom,

        Plaintiff,

v.

Sgt. Michelle Frascone, et al.,

        Defendants.

Civil No. 10-3932 (RHK/JJK)

**DISQUALIFICATION AND ORDER FOR REASSIGNMENT**

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: September 16, 2010

                                            s/Richard H. Kyle
                                            RICHARD H. KYLE
                                            United States District Judge