**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

JAMES BERGSTROM,

    Plaintiff,

-vs-                                                                                    10-CV-3932 (PJS/JJK)

SGT. MICHELLE FRASCONE, in her
individual capacity; SGT. VICKI BRAMAN,
in her individual capacity; VANESSA REW,
an individual; SGT. STACEY WEBB, in her
individual capacity; COMMANDER KRIS
MIENERT, in her individual capacity; SGT.
SUE MCMAHON, in her individual capacity;
DET. CHRIS DONOHOE, in his individual
capacity; DET. CHRIS PLOYART, in his
individual capacity,

    Defendants.

**COST JUDGMENT**

The costs of the Defendants, SGT. MICHELLE FRASCONE, in her individual capacity; SGT. VICKI BRAMAN, in her individual capacity; SGT. STACEY WEBB, in her individual capacity; COMMANDER KRIS MIENERT, in her individual capacity; SGT. SUE MCMAHON, in her individual capacity; DET. CHRIS DONOHOE, in his individual capacity; and DET. CHRIS PLOYART, in his individual capacity, have been taxed and allowed by the Clerk of this Court against the Plaintiff, JAMES BERGSTROM, as follows:

|                      | **Claimed** | **Allowed** |
|----------------------|-------------|-------------|
| Fees of the clerk    | $350.00     | $350.00     |
| Fees for transcripts | $1,608.20   | $1,608.20   |
| Other costs          | $320.00     | $0.00       |
| Total                | $2,278.20   | $1,958.20   |

Costs, therefore, are taxed against Plaintiff, JAMES BERGSTROM, in the amount of $1,958.20 and judgment is entered accordingly. Motion for review of the Clerk's decision may be made within 14 days hereafter in accordance with Local Rule 54.3(c).

Dated at Minneapolis, Minnesota, this 13th day of September, 2012.

                                                       RICHARD D. SLETTEN, CLERK

                                                       By: s/ T. Pepin

                                                       T. Pepin
                                                       Deputy Clerk